## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID ENGLAND**                                                             **PLAINTIFF**

**V.**                                    **No. 4:14CV00465 JM**

**ACXIOM CORPORATION**                                              **DEFENDANT**


### ORDER


The parties have reached a settlement in this matter.  Plaintiff's complaint is hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 6th day of November, 2015.


_____
James M. Moody Jr.
United States District Judge